UNITED STATES of America, Plaintiff-Appellee,

v.

Michael INDELICATO, Defendant-Appellant.

No. 15-16970

United States Court of Appeals, Ninth Circuit.

---

[*] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

[**] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

Jonas Lerman, J. Douglas Wilson, Assistant U.S. Attorneys, DOJ-USAO, San Francisco, CA, for Plaintiff-Appellee

Timothy Edward Warriner, Attorney, Law Office of Timothy E. Warriner, Sacramento, CA, for Defendant-Appellant

Before: TASHIMA and HURWITZ, Circuit Judges, and ADELMAN, District Judge.**

## MEMORANDUM ***

Michael Indelicato appeals the denial by the district court of his petition for a writ of error coram nobis. We affirm.

Indelicato was convicted of firearms offenses in 1985, and this court affirmed on direct appeal. *United States v. Indelicato*, 800 F.2d 1482 (9th Cir. 1986) (per curiam). Indelicato provides no valid reasons for waiting until 2014 to collaterally attack his convictions. *See United States v. Riedl*, 496 F.3d 1003, 1004 (9th Cir. 2007). His claims do not rest on newly discovered evidence or a change in the law, and any mis-advice by his lawyers in the mid-1980s cannot excuse his failure to take any action for over 25 years.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** The Honorable Lynn S. Adelman, District Judge for the United States District Court for the Eastern District of Wisconsin, sitting by designation.

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

---

Submitted February 16, 2017 *
San Francisco, California

Filed February 22, 2017